IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTIE SPIKES,

     Appellant,

v.

SHANE FONVILLE,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0802

Opinion filed May 5, 2017.

An appeal from an order of the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

Curtis W. Brannon, Crestview, for Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED. The Court declines to abate the appeal as requested by the appellant in the response to the Court's March 27, 2017, order. See Demont v. Demont, 24 So. 3d 699 (Fla. 1st DCA 2009) (dismissing appeal rather than allowing lower court to enter a final order where an indeterminate amount of judicial labor remained to be done before a final order could be entered).

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.